UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROBERTO CARRANZA GARCIA (A-Number: 241-102-107), | Case No.  2:26-cv-0570-DJC-JDP |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, | |
| Respondent. | |

Petitioner, an immigration detainee, proceeding pro se, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241.  ECF No. 1.  The majority of the petition, however, is in Spanish.  *See id.* at 6-9.  Respondent moves to dismiss the petition because it is not in English.  ECF No. 7.  The petition, as it stands, must be dismissed.  Petitioner will be provided with an opportunity to file an amended petition.  Because the court is concerned with petitioner's ability to file a petition in English, the court has determined that the interests of justice require the appointment of counsel.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Within seven days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to

1

ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

Based on the foregoing, it is hereby ORDERED that:

1.  The petition for writ of habeas corpus, ECF No. 1, is DISMISSED with leave to amend.

2.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the Federal Defender, Attention: Habeas Appointment.

3.  Within seven days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

4.  Within seven days of petitioner's counsel appearing, petitioner shall file an amended petition.

5.  Respondent must file a response to the petition within seven days.  A response may be one of the following:

    A.    An answer addressing the merits of the petition.  Any argument by the respondent that petitioner has procedurally defaulted a claim must be raised in the answer, which must also address the merits of petitioner's claims.

    B.    A motion to dismiss the petition.

6.  If respondent files an answer to the petition, petitioner may file a traverse within seven days of the date of service of respondent's answer.  If no traverse is filed within seven days, the petition and answer are deemed submitted.

7.  If respondent moves to dismiss, petitioner must file an opposition or statement of non-

2

opposition within seven days of the date of service of respondent's motion. Any reply to an opposition to the motion to dismiss must be filed within seven days after the opposition is served. The motion to dismiss will be considered submitted twenty-one days after the service of the motion or when the reply is filed, whichever comes first. *See* Local Rule 230(l).

IT IS SO ORDERED.


Dated: ___March 18, 2026___                _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE