UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROBERTO CARRANZA GARCIA (A-Number: 241-102-107),<br><br>                    Petitioner,<br><br>          v.<br><br>CHRISTOPHER CHESTNUT,<br><br>                    Respondent. | Case No.  2:26-cv-0570-DJC-JDP<br><br><br>ORDER |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Respondent has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed April 20, 2026 are adopted in full;

2.  The first amended petition for writ of habeas corpus, ECF No. 11, is GRANTED;

3.  Respondent is ordered to immediately release petitioner (A-Number: 241-102-107) from their custody.  Respondent shall not impose any additional restrictions on petitioner, unless that is determined to be necessary at a future pre-deprivation/custody hearing.  If the government seeks to re-detain petitioner, it must provide no less than seven days' notice to petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which petitioner's eligibility for bond must be considered.  This order does not address the circumstances in which respondent may detain petitioner in the event petitioner becomes subject to an executable final order of removal.

4.  The Clerk of Court is directed to serve California City Detention Facility with a copy of this Order

5.  The Clerk of Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated:   **April 28, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2